UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAUNDRA S. NELSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-5525RJB<br><br><br><br><br>ORDER |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

On receipt of this Court's remand order, the Commissioner will remand the case to an administrative law judge for a de novo hearing, unless the Commissioner locates the missing hearing tape and associated claim documents in the interim, in which case the Commissioner will assemble and file a transcript of the previous administrative proceedings with this Court along with an answer to Plaintiff's complaint.

Page 1      ORDER- [C05-5525RJB]

1   It is so ORDERED.

2   DATED this 28th day of October, 2005.

                                    Robert J. Bryan
                                    United States District Judge

Recommended for entry:

/s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA   98104-7075
Phone:   206-615-3749
Fax:     206-615-2531
jamala.edwards@ssa.gov

Page 2     ORDER- [C05-5525RJB]